UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

Aaron Smith, and Robin Johnson *on behalf of themselves and others similarly situated in the proposed FLSA Collective Action,*

Civil Action No. 1:22-cv-01862 (PKC)(JRC)

Plaintiff,

- against -

**DEFENDANT'S RULE 7.1 STATEMENT**

Lina Vivas Maintenance, Inc. and Lina Vivas,

Defendants.
-------------------------------------------------------------X

Defendants, Lina Vivas Maintenance, Inc. and Lina Vivas, hereby submit this corporate disclosure statement, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure.

Lina Vivas Maintenance, Inc. has no parent corporation, and there is no publicly held corporation that owns ten percent (10%) or more of its stock.

Dated: New York, New York
June 10, 2022

HALPERN & SCROM LAW PLLC

By:  s/ Peter G. Goodman
Peter G. Goodman
Paul L. Scrom
1225 Franklin Ave., Suite 325
Garden City, New York 11530
Tel: (516) 466-3200
peter@goodmanpllc.com
pscrom@hslawadvisors.com
*Attorneys for Defendants*

TO:  Joshua Levin-Epstein, Esq.
Jason Mizrahi, Esq.
60 East 42nd Street, Suite 4700
New York, New York 10165
Tel.: (212) 792-0046
Email: joshua@levinepstein.com

*Attorneys for the Plaintiffs and proposed FLSA Collective Action Plaintiffs*